**Form CGFCRD3Z** (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−17806−RAM**
**Chapter: 13**

**In re:**
Eduardo Ernesto Guzman Machado
aka Eduardo Guzman Machado, aka Eduardo Guzman
5780 NW 111th TER
Hialeah, FL 33012
SSN: xxx−xx−7563

## RENOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert A Mark to consider the following:

**Motion to Waive Wage Deduction Order Filed by Debtor Eduardo Ernesto Guzman Machado − [19]**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **September 15, 2026**
   **Time:** **09:00 AM**
   **Location:** **Video Conference by Zoom for Government**

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. **To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.** To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmICDrtlqCZrs_TzvTdyAJ0

4. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036−2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

**Dated:** **8/27/26**

**CLERK OF COURT**
By: Jacqueline Antillon
Courtroom Deputy