UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Eduardo Ernesto Guzman Machado

Debtor(s) /

Case No.: 26-17806-RAM
Chapter 13

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2026, a true and correct copy of the **First Amended Plan** was served electronically on the following parties:

Electronically: Nancy K. Neidich, Trustee

I further certify that on September 15, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Eduardo Ernesto Guzman Machado
5780 NW 111th TER
Hialeah, FL 33012

All Creditors on the Matrix

Respectfully submitted:
September 15, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com