Label Matrix for local noticing
113C-1
Case 26-17806-RAM
Southern District of Florida
Miami
Tue Sep 15 10:35:46 EDT 2026

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capitalone
Capital One, Attn: Bankruptcy
P.O. Box 1330
Charlotte, NC 28201-1330

Cbusasears
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Chex Systems, Inc.
ATTN: Bankruptcy Department
PO Box 583399
Minneapolis, MN 55458-3399

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Citibank/The Home Depot
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110

Honorable Merrick Garland
Attorney General
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

IRS Centralized Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

IRS Centralized Bankruptcy Department
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

Juanita Dollinger
PO BOX 39701
Downey, CA 90239-0701

Lending USA
Attn: Bankruptcy Dept
15303 Ventura Blvd, Suite 850
Sherman Oaks, CA 91403-6630

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)OPORTUN INC
PO BOX 560880
THE COLONY TX 75056-0880

(p)SOUTH BROWARD HOSPITAL DISTRICT
ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM
3111 STIRLING RD
C/O LEGAL DEPARTMENT
HOLLYWOOD FL 33312-6566

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

Transunion
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

Eduardo Ernesto Guzman Machado
5780 NW 111th TER
Hialeah, FL 33012-2572

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013-1853

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd 4th Floor
Sherman Oaks, CA 91411

Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Oportun
Attn: Bankruptcy
2 Circle Star Way
San Carlos, CA 94070

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312

US Attorney Southern District
c/o Hon. Jason A. Reding Qui ones
99 NE 4th St
Miami, FL 33132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 28 |
| Bypassed recipients | 1 |
| Total | 29 |